GLADYS BROOKS THAYER, Appellant, v. FRANK I. LANE, HENRIETTA D. LANE, WILLIAM F. LANE, MARY LANE KERRIGAN, Individually and as Executrix, etc., of ANNA L. MALONEY, Deceased, Respondents, and Others, Defendants.— In an action to foreclose a mortgage, order denying plaintiff's motion to confirm the report of the official referee and for a deficiency judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

## (February 9, 1940.)

ANTHONY CATAPANO, Respondent, v. WILLIAM DE VALL, Appellant.— Order of the County Court of Suffolk County, denying defendant's motion to vacate his default and to permit him to appear and answer, reversed on the facts, without costs, and motion granted, upon condition that defendant, within ten days from the entry of the order hereon, pay twenty dollars costs to plaintiff's attorney; defendant's answer to be served within ten days after payment of costs as herein provided. Otherwise, order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

## (February 19, 1940.)

CANROCK REALTY CORPORATION, Respondent, v. VIM ELECTRIC CO., INC., Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals referred to the court that rendered the decision on the prior motion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. Motion for reargument of motion granted, and on reargument the order of this court dated February 5, 1940 [ante, p. 1054], is vacated and set aside and the motion for leave to appeal to the Court of Appeals is granted, on condition that within ten days from the entry of the order hereon appellant deposit with the clerk of the Supreme Court, Westchester county, to the credit of this action, pending the determination of the appeal by the Court of Appeals, all rents heretofore due and unpaid; rents which hereafter become due to be similarly deposited. In the alternative, the appellant, within ten days from the entry of the order hereon, may file an undertaking, with corporate surety, embodying the foregoing conditions or may make some other arrangement, satisfactory to the respondent, with respect to such rents. The following question is certified: " Was the order dismissing the first and second counterclaims contained in the defendant's answer, on the ground that they do not state facts sufficient to constitute a cause of action, properly made?" If the decision of the Court of Appeals be adverse to the appellant, its time to plead over as to the second counterclaim is extended until ten days after the determination by the Court of Appeals. In the event of appellant's failure to comply with the foregoing the motion is denied. [See ante, p. 968.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

GEORGE W. DICKERSON, Respondent, v. DANIELS & KENNEDY, INC., Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.